UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IRENE BURDALAS,   CASE NO. 5:15-cv-11980-JEL-EAS
    Plaintiff,
v.   Judge Judith E. Levy
    Magistrate Judge Elizabeth A. Stafford

EXPERIAN INFORMATION SOLUTIONS, INC.
an Ohio corporation,
TRANS UNION, LLC,
a Delaware limited liability company,
EQUIFAX INFORMATION SERVICES, LLC,
a Georgia corporation, and
ENHANCED RECOVERY COMPANY, LLC,
a Delaware corporation,

    Defendants.
_____

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
EQUIFAX INFORMATION SERVICES, LLC, ONLY,
WITH PREJUDICE AND WITHOUT COSTS**
_____

    Plaintiff, Irene Burdalas, by counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A), hereby dismisses Defendant Equifax Information Services, only, with prejudice and with each party to bear its own costs and attorneys' fees.

    Respectfully submitted,

    /s/ Gary D. Nitzkin
    Gary D. Nitzkin, Esq.
    Nitzkin & Associates
    22142 West Nine Mile Rd.
    Southfield, MI  48033
    Telephone:  248-353-2882
    Email: gnitzkin@creditor-law.com
Dated:  August 24, 2015   *Counsel for Irene Burdalas*

1

## Proof of Service

    I, __Trish Basiaga__ hereby state that on __August 24, 2015__, I served a copy of the within pleading upon all counsel and parties at their addresses as they appear on the record via email through the court's CM/ECF system.

/s/ Trish Basiaga